IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEMESSGEN SENVETU et al.<br><br>   Plaintiffs<br><br>       v.<br><br>IPP USA LLC, et al.<br><br>   Defendants | **CIVIL ACTION COMPLAINT**<br>No. 22-5184 |

**NOTICE OF ACCEPTED OFFER OF JUDGMENT**

Plaintiff Temessgen Senvetu has accepted an Offer of Judgment pursuant to Fed. R. Civ. P. 68 with the following terms:

1. Judgment is entered in favor of Temessgen Senvetu as to his breach of contract claims jointly and severally against Defendant ABC Capital Baltimore, LLC, Jason Walsh, a/k/a Jay Walsh, Amir Vana, and Yaron Zer;

2. The amount of the judgment to be entered is $50,466.68 to Temessgen Senvetu, itemized as follows:

    a. $45,466.68 for Temessgen Senvetu;

    b. Attorneys' fees and costs of $5000 to Plaintiffs' counsel Swartz Swidler LLC;

3. All other claims are dismissed with prejudice;

4. A proposed form of Judgment is attached.

                                              Respectfully Submitted,

                                              */s/ Joshua S. Boyette,*
                                              Joshua S. Boyette, Esq.
                                              **SWARTZ SWIDLER, LLC**
                                              9 Tanner Street, Suite 101
                                              Haddonfield, NJ 08033
                                              Phone: (856) 685-7420
                                              Fax: (856) 685-7417
                                              *Counsel for Plaintiffs*

2

Dated: April 11, 2025