IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TEMESSGEN SENVETU et al.,**<br>Plaintiffs, | CIVIL ACTION |
| v. | |
| **IPP USA LLC, et al.,**<br>Defendants. | NO. 22-5184 |

## O R D E R

**AND NOW**, this 15th day of April, 2025, upon receipt of the Notice of Acceptance of the Offer of Judgment (ECF No. 24), **IT IS HEREBY ORDERED** as follows:

1. **JUDGMENT** is **ENTERED** in favor of Temessgen Senvetu as to his breach of contract claims in the amount of $50,466.68, jointly and severally, against Defendant ABC Capital Baltimore, LLC, Jason Walsh, a/k/a Jay Walsh, Amir Vana, and Yaron Zer, itemized as follows:
    a. $45,466.68 for Temessgen Senvetu;
    b. $5,000 for Plaintiffs' counsel Swartz Swidler as attorneys' fees and costs

2. All other claims asserted in the Complaint, including any claim for additional attorneys' fees and costs, are **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to **TERMINATE** this case and mark it as **CLOSED**.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
**WENDY BEETLESTONE, J.**